UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 8:21-cv-01786-RGK-DFM | Date | January 14, 2022 |
|---|---|---|---|
| Title | Crystal Chapman v. TR Accountants, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER**

On December 21, 2021, plaintiff was ordered to file a Motion for Default Judgment not later than January 11, 2022 [17]. As of this date, the order has not been complied with. Plaintiff shall show cause in writing, not later than January 20, 2022, why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | sw | |