RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Flr.
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL CHAPMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TR ACCOUNTANTS, INC. d/b/a TAX RELIEF ADVOCATES,<br><br>Defendant. | Case No. 8:21-cv-01786-RGK-DFM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. R. Gary Klausner |

Plaintiff Crystal Chapman hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 10, 2022

Respectfully Submitted,

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Flr.
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff*

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
Case No. 8:21-cv-01786-RGK-DFM

1
2
## CERTIFICATE OF SERVICE

3      I HEREBY CERTIFY that on February 10, 2022, I filed and served the
4  foregoing via ecf.
5
6                          By: */s/ Rachel E. Kaufman*
                              Rachel E. Kaufman
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
Case No. 8:21-cv-01786-RGK-DFM